UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1690 (MJD/JGL)

ISAIAH GRAFE,

Plaintiff,

v.

**PRETRIAL ORDER**

INDEPENDENT SCHOOL DISTRICT NO. 834,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2000;

2. With regard to dispositive motions, initial briefs of both parties shall be served and filed by December 1, 2000, responsive briefs by December 15, 2000, and reply briefs by December 23, 2000; All dispositive motions shall be heard by February 1, 2001; and

3. This case will be considered "ready for trial" as of February 1, 2001.

DATED: September 29, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

SEP 29 2000
Filed
Francis E. Dosal, Clerk
Judgment Entd.
Deputy Clerk