UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Isaiah Grafe,

Plaintiff,

v.

ORDER
Civil No. 00-1690

Independent School District No. 834,

Defendant.

---

Mark G. Stephenson, Stephenson & Sutcliffe, P.A. on behalf of Plaintiff.

Sara J. Ruff and Joseph J. Langel, Ratwik, Roszak & Maloney, P.A. on behalf of Defendant.

---

This matter is before the Court upon the Defendant's request that this Court strike Plaintiff's initial brief on the basis that it is 56 pages long, or prevent Plaintiff from filing a responsive brief.

Plaintiff responds that this matter is not before the Court upon cross motions for summary judgment. This matter is an appeal from an administrative decision pursuant to 20 U.S.C. § 1415(e)(2). As such, the briefs currently being prepared are more in the nature of trial briefs and are thus governed by LR 39.1, which does not provide for page limits.

FILED 12/15/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

The Court finds that LR 39.1 is the governing rule, and that the page limits provided in LR 7.1 are not applicable herein.

IT IS HEREBY ORDERED that Defendant's motion to strike is DENIED.

Date: 12-15-00

Michael J. Davis
Michael J. Davis
United States District Court