# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Isiah Grafe, by his parents and
Next Friends, Judd Grafe and
Deanne Grafe,
Plaintiff

Case No. Civil 00-1690 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Independent School District
No. 834, Stillwater, Minnesota,
Defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Findings of Fact, Conclusions of Law and Decision of the Independent Hearing Officer, and that portion of the Findings of Fact, Conclusions of Law and Decision of the Hearing Review Officer finding the District complied with the procedural requirements of the IDEA, and that the District afforded the Student a Free and Appropriate Public Education is AFFIRMED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: JULY 17, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk

27